**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
LEE O'CONNELL,

                     Plaintiff,                              18 **CIVIL** 10546 (AEK)

                -against-                            **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Decision and Order dated September 30, 2021, the Commissioner's motion for judgment on the pleadings (ECF No. 18) is GRANTED and the Plaintiff's cross-motion for judgment on the pleadings (ECF No. 20) is DENIED. Judgment is entered in favor of the Commissioner.

**Dated:**  New York, New York
          September 30, 2021

                                                    **RUBY J. KRAJICK**

                                                       Clerk of Court
                                        BY:
                                                         Deputy Clerk